**Rule 1115. Content of the Petition for Allowance of Appeal**

**(a) General rule.** –The petition for allowance of appeal need not be set forth in numbered paragraphs in the manner of a pleading, and shall contain the following (which shall**[, insofar as practicable,]** be set forth in the order stated):

\*\*\*

**[(3) Where under the applicable law an issue is not reviewable on appeal unless raised or preserved below, the petition shall contain a statement of place of raising or preservation of issues, as required in Pa.R.A.P. 2117(c).]**

(**3**) The questions presented for review, expressed in the terms and circumstances of the case but without unnecessary detail. The statement of questions presented will be deemed to include every subsidiary question fairly comprised therein. Only the questions set forth in the petition, or fairly comprised therein, will ordinarily be considered by the court in the event an appeal is allowed.

**(4) A statement of place of raising or preservation of issues, which shall appear immediately after the questions presented for review. The statement shall specify the stage of the proceedings at which, and manner in which, the questions sought to be reviewed were raised in each proceeding below, the method of raising those questions (e.*g.*, by a pleading, by a request to charge and exceptions, etc.), and the way in which those questions were passed upon by each court below, with citations to the record, as required by Pa.R.A.P. 2117(c). If under the applicable law an issue is reviewable on appeal without having been raised or preserved below, the statement shall so assert, with citation to appropriate authority.**

\*\*\*

**(d) Essential requisites of petition.** – **The failure to comply with the requirements of this rule in all material respects shall alone be grounds for denying a petition.** The failure of a petitioner to present with accuracy, brevity, and **[clearness] clarity** whatever is essential to a ready and adequate understanding of the points requiring consideration will be a sufficient reason for denying the petition.

\*\*\*